```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18417
   CLEO TERESA JONES
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2178

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/11/2004 and was confirmed 07/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 02/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
FSB                      SECURED           9854.00        1943.25       9854.00
INTERNAL REVENUE SERVICE PRIORITY          8089.49        1413.37       7200.62
A ALL FINANCIAL SERVICES FILED LATE        1027.86            .00           .00
AMERICASH LOANS LLC      UNSECURED          297.43            .00           .00
AT & T WIRELESS          UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING  UNSECURED         1240.00            .00           .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00           .00
PAYDAY LOAN STORE        UNSECURED        NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED             .00            .00           .00
AT & T BANKRUPCTY        UNSECURED         1097.69            .00           .00
UNIVERSITY OF CHIC PHYSI UNSECURED        NOT FILED           .00           .00
UPTOWN CASH              UNSECURED        NOT FILED           .00           .00
FSB                      UNSECURED         2243.41            .00           .00
BROTHER LOAN & FINANCE   UNSECURED          738.99            .00           .00
INTERNAL REVENUE SERVICE UNSECURED        14560.90            .00           .00
PETER FRANCIS GERACI     DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN               TRUSTEE                                        1,268.76
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                24,380.00

PRIORITY                                      7,200.62
    INTEREST                                  1,413.37
SECURED                                       9,854.00
    INTEREST                                  1,943.25
UNSECURED                                          .00
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          1,268.76

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 18417 CLEO TERESA JONES
```

```
DEBTOR REFUND                                                      .00
                                        ----------------   ----------------
TOTALS                                        24,380.00          24,380.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 05/23/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```